UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SEGUNDO SIGUENCIA, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class,*   Case No.: 1:20-cv-10761-PAE-BCM

                Plaintiff,

-v-

                    [PROPOSED]
                    **RULE 68 JUDGMENT**

ABITINO'S PIZZA 49TH STREET CORP.
    d/b/a ABITINO'S PIZZERIA,
ABITINO'S PIZZA & RESTAURANT, INC. NO. II
    d/b/a ABITINO'S PIZZERIA,
ABITINO'S JFK LLC
    d/b/a ABITINO'S PIZZERRIA,
MAMA ANNA 730 LLC
    d/b/a ABITINO'S PIZZERRIA,
MARIO ABITINO SR., MARIO ABITINO JR.,
SALVATORE ABITINO, and DOMINICO ABITINO,

                Defendants.
------------------------------------------------------------------------X

        **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Abitino's Pizza 49th Street Corp. (d/b/a Abitino's Pizzeria), Abitino's Pizza & Restaurant, Inc. No. II, (d/b/a Abitino's Pizzeria), Abitino's JFK LLC, (d/b/a Abitino's Pizzeria), Mama Anna 730 LLC (d/b/a Abitino's Pizzeria), Mario Abitino Sr., Mario Abitino Jr., Salvatore Abitino and Dominico Abitino (hereinafter collectively referred to as "Defendants"), having offered to allow Plaintiff SEGUNDO SIGUENCIA ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 19, 2021 and filed as Exhibit A to Docket Number 37;

        **WHEREAS**, on May 28, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 37);

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/21

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff SEGUNDO SIGUENCIA, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 19, 2021 and filed as Exhibit A to Docket Number 37. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____ August 30 , 2021
       New York, New York

_____
Barbara Moses
United States Magistrate Judge